IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>*Defendant*. | )<br>)<br>)<br>) C.A. No. 1:19-cv-1482-RGA<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Symbology Innovations, LLC, hereby dismisses this action with prejudice. According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant has not yet answered the Complaint. Accordingly, Plaintiff voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1). Each party shall bear its own costs, expenses, and attorneys' fees.

/s/ Stamatios Stamoulis
_____

Stamatios Stamoulis (#4606)
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdlaw.com

*Attorney(s) for Plaintiff Symbology Innovations, LLC*

Dated: September 26, 2019

SO ORDERED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE